Submitted September 6, reversed November 20, 2019

In the Matter of H. H. F.,
a Person Alleged to have Mental Illness.
STATE OF OREGON,
*Respondent,*

*v.*

H. H. F.,
*Appellant.*

Clackamas County Circuit Court
18CC06199; A169572

452 P3d 1080

Colleen F. Gilmartin, Judge pro tempore.

Alexander C. Cambier and Multnomah Defenders, Inc., filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and David B. Thompson, Assistant Attorney General, filed the brief for respondent.

Before Ortega, Presiding Judge, and Shorr, Judge, and James, Judge.

PER CURIAM

Reversed.

**PER CURIAM**

Appellant seeks reversal of a judgment committing her to the Mental Health Division for a period not to exceed 180 days. ORS 426.130. She contends that the state failed to prove by clear and convincing evidence that, because of a mental disorder, she was unable to provide for her basic personal needs. ORS 426.005(1)(f). The state concedes that the evidence is legally insufficient to support appellant's involuntary commitment and that the judgment should be reversed. We agree, accept the state's concession, and reverse the judgment of commitment.

Reversed.